FILED
U.S. DISTRICT COURT
SO. DIV.
2007 DEC 27 PM 1:51
CLERK____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| FRANK KIMBLE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV607-082 |
| SUPERIOR COURT OF TATTNALL COUNTY, | ) |
| Defendant. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 27 day of December, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA